52 A.3d 1212

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Luis RIVERA, Jr., Petitioner.**

Supreme Court of Pennsylvania.

Sept. 10, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of September 2012, the Application for Leave to File Post–Submission Communication and the Petition for Allowance of Appeal are hereby **DENIED.**